IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02594-PAB-MEH

DEBRA A. TURNER,

     Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COOUNTY OF GRAND, State of Colorado, and
RODNEY D. JOHNSON, in his official capacity as Sheriff of Grand County,

     Defendants.

---

## RECOMMENDATION ON MOTION TO AMEND

---

**Michael E. Hegarty, United States Magistrate Judge.**

Before the Court is Plaintiff's Motion to Amend Complaint [filed October 22, 2010; docket #7, 1-16]. For the same reasons set forth in this Court's March 2, 2011 Recommendation to Remand [docket #24], the Court respectfully recommends that Plaintiff's motion be **denied without prejudice** for lack of federal court subject matter jurisdiction, and that the motion be more rightfully heard in state court.[1] Should the District Court accept the Recommendation to Remand, this Court

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned. Fed. R. Civ. P. 72(b). The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

recommends that Plaintiff's motion be presented (with the other motions pending in this case) to the state court for review and adjudication.

Dated at Denver, Colorado, this 9th day of March, 2011.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge